JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| LATINA M. T.,[1] <br><br> Plaintiff, <br><br> v. <br><br> MARTIN O' MALLEY, <br> Commissioner of Social Security, <br><br> Defendant. | Case No. 8:24-cv-00091-DTB <br><br><br> **J U D G M E N T** |

In accordance with the Order Remanding Decision of Commissioner filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this action is remanded for further proceedings.

Dated: November 19, 2024

_____
DAVID T. BRISTOW
United States Magistrate Judge

---

[1] Plaintiff's name is partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.